## BAKER v. STATE.
### No. 16203.

Court of Criminal Appeals of Texas.
Nov. 1, 1933.

Tom P. Scott and H. S. Beard, both of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for driving an automobile upon the public highway while appellant was intoxicated. Punishment was assessed at confinement in the county jail for sixty days.

The indictment properly charges the offense of which appellant was convicted. No statement of facts or bills of exception are brought forward in the record. In such condition nothing is presented for review.

The judgment is affirmed.

## WARE v. STATE.
### No. 16331.

Court of Criminal Appeals of Texas.
Nov. 8, 1933.

M. E. Gates, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder; punishment assessed being 10 years in the penitentiary.

The indictment is in proper form. No bills of exception or statement of facts appear in the record. In such condition nothing is presented for review, save that we note in passing sentence upon appellant the court overlooked giving him the benefit of the indeterminate sentence law, directing that he be confined in the penitentiary for 10 years. The sentence is amended, directing that appellant be confined in the penitentiary for not less than 2, nor more than 10, years.

As thus reformed, the judgment is affirmed.